1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY C. BONTEMPS,

11          Plaintiff,                    No. CIV S-09-2115 EFB P

12      vs.

13   DR. SOTAK, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17   *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma*

18   *pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

19        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without

20   prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph

21   (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

22   for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

23   obtained from the appropriate official of each prison at which the prisoner is or was confined."

24   Plaintiff has not submitted a certified copy of his trust account statement or the institutional

25   equivalent.  Nor has he completed the affidavit portion of his application.

26   ////

1

1    Accordingly, plaintiff has 30 days from the date this order is served to submit the

2  required trust account statement and affidavit.  Failure to comply with this order will result in a

3  recommendation that this action be dismissed.  The Clerk of the court is directed to send to

4  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

5    So ordered.

6  DATED:  August 4, 2009.

                                EDMUND F. BRENNAN

7                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26