UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>         Plaintiff,<br><br>    v.<br><br>SOTAK, et al.,<br><br>         Defendants. | No. 2:09-cv-02115 LKK EFB P<br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C § 1983.  Defendant Smith has filed a motion to dismiss.  ECF No. 63.

    Pursuant to Local Rule 230(*l*), the court will set the motion for a hearing.

1. A hearing on the motion is set for Wednesday, March 19, 2014 at 10:30 a.m., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 8, before the undersigned.

2. Plaintiff shall appear at the hearing via telephone from his current institution of confinement.  A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

DATED: February 14, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE