UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

        Plaintiff,                No.  2:09-cv-2115 LKK EFB P

vs.

SOTAK, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Gregory C. Bontemps, inmate H-71515, a necessary and material witness in proceedings in this case on March 19, 2014, is confined in Kern Valley State Prison in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by telephonic-conferencing at Kern Valley State Prison, March 19, 2014, at 10:30 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court from 10:30-11:00 a.m. on March 19, 2014;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Kern Valley State Prison, 661-720-4949.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Kern Valley State Prison, 3000 West Cecil Avenue, P. O. Box 6000, Delano, California 93216-6000:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  February 14, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/kly
bont2115.841.vc