1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GREGORY C. BONTEMPS,                         No. 2:09-cv-2115-LKK-EFB P

12              Plaintiff,

13       v.                                      ORDER

14  SOTAK, et al.,

15              Defendants.

16

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20       On March 24, 2014, the magistrate judge filed findings and recommendations herein

21  which were served on all parties and which contained notice to all parties that any objections to

22  the findings and recommendations were to be filed within fourteen days.  Defendant Smith has

23  filed objections to the findings and recommendations.

24       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25  court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26  court finds the findings and recommendations to be supported by the record and by proper

27  analysis.

28  /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2014, are adopted in full; and

2. Defendant Smith's March 6, 2013 motion to dismiss (ECF No. 63) is denied.

DATED: July 3, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT