UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:09-cv-2115-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SOTAK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 25, 2015, the magistrate judge filed findings and recommendations herein (ECF No. 92) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 25, 2015 (ECF No. 92) are ADOPTED IN FULL;

2. Defendant Sotak's March 4, 2014 Motion to Revoke Plaintiff's In Forma Pauperis Status (ECF No. 74) is GRANTED;

3. The Court's February 1, 2010 order granting in forma pauperis status (ECF No. 9) is VACATED and Plaintiff's in forma pauperis status is REVOKED; and

4. Plaintiff is ordered to furnish the statutory filing fee of $350 to proceed with this action and is admonished that failure to pay the filing fee within thirty days of this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: March 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT