UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:09-cv-2115-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SOTAK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

In Findings and Recommendations dated February 25, 2015, the magistrate judge recommended that the Court revoke Plaintiff's *in forma pauperis* status. ECF No. 92. On March 30, 2015, the Court adopted that recommendation, granted Plaintiff thirty days to pay the required filing fee, and admonished Plaintiff that failure to do so would result in dismissal of this action. ECF No. 96. Plaintiff has failed to pay the required filing fee or otherwise respond to the Court's order.

///

///

///

1

1     Accordingly, this case is DISMISSED.  The Clerk of the Court is directed to close this
2 case.  Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.
3     IT IS SO ORDERED.
4 Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT