IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY C. BONTEMPS,** | Case No. 2:09-CV-02115 MCE EFB |
| Plaintiff, | **[PROPOSED] ORDER RE: DEFENDANT SMITH'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY** |
| v. | |
| **SOTAK, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant's Request for Extension of Time to Respond to Plaintiff's First Set of Request for Admissions is GRANTED.

Dr. Smith shall have until and including March 22, 2018 to serve his responses.

IT IS SO ORDERED.

Dated: February 5, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE